United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16096-ref
Michael A. Colon                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Jul 19, 2018
                              Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
```
db              +Michael A. Colon,    8 South 20th Street,    Reading, PA 19606-1801
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13980335        +Auto Equity Loans of DE, LLC,    1812 Marsh Road, Suite #6,    Wilmington, DE 19810-4533
14000550        +Auto Equity Loans of DE, LLC,    c/o Brian E. Caine, Esq.,    9000 Midlantic Drive, Ste 300,
                  Mount Laurel, NJ 08054-1539
13980336         FIRST PREMIER,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13980337        +Lisa Colon,    8 South 20th Street,    Reading, PA 19606-1801
13992640        +M&T Bank,    c/o Matteo S. Weiner, Esq.,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
13980341         US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE, TX 75403-5609
14060585         US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13980342        +WELLS FARGO BANK AUTO,    PO BOX 29704,    MAC X0301-02D,    PHOENIX, AZ 85038-9704
14002944         Wells Fargo Bank, N.A. dba Wells Fargo Dealer Serv,    P.O. Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:04
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14039091        +E-mail/Text: g20956@att.com Jul 20 2018 02:26:36      AT&T Mobility II LLC,
                  c/o AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ 07921-2693
13980338         E-mail/Text: camanagement@mtb.com Jul 20 2018 02:26:01      M&T Bank,
                  Attn:  Bankruptcy Department,    1100 Whehrle Drive,    Williamsville, NY  14221
14008184         E-mail/Text: camanagement@mtb.com Jul 20 2018 02:26:01      M&T Bank,    P.O. Box 1288,
                  Buffalo, NY 14240-1288
13980339         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:21:04
                  PORTFOLIO RECOVERY ASSOC,    Riverside Commerce Center,    120 Corporate Blvd Ste 100,
                  Norfolk , VA-235024962
13993782         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:20:26
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13980822        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:21:05
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14010834        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 20 2018 02:26:21      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13980340        +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:19:48      SYNCB/Lowes,    PO Box 965005,
                  Orlando, FL 32896-5005
13980879        +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:21:03      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: Keith              Page 2 of 2           Date Rcvd: Jul 19, 2018
                              Form ID: pdf900          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    Auto Equity Loans of DE, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Michael A. Colon steve@sottolaw.com,  info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :

MICHAEL A  COLON
                                            : Bankruptcy No. 17-16096REF
    Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


BY THE COURT

**Date: July 19, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

STEPHEN MC COY OTTO ESQ
833 N PARK ROAD
SUITE 102
WYOMISSING PA 19610-

MICHAEL A  COLON
8 SOUTH 20TH STREET
READING,PA.19606