United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16096-ref
Michael A. Colon                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith              Page 1 of 1              Date Rcvd: Nov 20, 2018
                                Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db             +Michael A. Colon,    8 South 20th Street,    Reading, PA 19606-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2018 02:49:25      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    Auto Equity Loans of DE, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Michael A. Colon steve@sottolaw.com, info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION**

| IN RE: MICHAEL A. COLON,<br>Debtor. | CHAPTER 13<br>BANKRUPTCY NO. 17-16096-REF |
|---|---|
| **ORDER** ||

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Law Office of Stephen M. Otto, LLC filed herein, any responses thereto, and the opportunity for a hearing thereon, it is hereby ORDERED that said Application is hereby GRANTED.

IT IS HEREBY ORDERED that counsel fees in the amount of $1,906.80, $0.00 of which has already been paid, and expenses in the amount of $310, $310 of which has been paid, for the time period of September 7, 2017 through July 17, 2018 are APPROVED.

BY THE COURT:

**Date: November 20, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE